PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Kathryn Stephens</u>  Case Number: <u>3:11-00119-01</u>

Name of Sentencing Judicial Officer: <u>Honorable E. Richard Webber, Senior U.S. District Judge, transferred to the Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>March 24, 2011</u>

Original Offense: <u>Conspiracy to Possess with Intent to Use Five or More Identification Documents, Unlawfully Use a Means of Identification of Another Person to Commit a Crime, Bank Fraud and Commit Access Fraud-18 U.S.C. 351</u>

Original Sentence: <u>Five years' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>March 24, 2011</u>

Assistant U.S. Attorney: <u>To be assigned</u>  Defense Attorney: <u>To be assigned</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this _16_ day of _July_, 2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place  Clarksville, TN

Date  July 15, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall pay $83,200.52 restitution in monthly installments of at least $75 or no less than 10 percent of the defendant's gross earnings, whichever is greater.** |

Kathryn Stephens has paid $2,227.31 toward restitution, leaving a balance of $83,222.97. No payments have been submitted since February 2014.

### Compliance with Supervision Conditions and Prior Interventions:

Kathryn Stephens was sentenced in the Eastern District of Missouri on March 24, 2011, to five years' probation. Jurisdiction was transferred to the Middle District of Tennessee on June 22, 2011. Ms. Stephens was ordered to pay $83,222.97 restitution at the rate of $75 per month or 10 percent of her gross monthly income, whichever is greater. She has paid $2,227.31 toward restitution. Ms. Stephens has been employed sporadically since beginning supervision. She was most recently employed at Wendy's earning approximately $800 per month. Ms. Stephens lost her job in May 2014 and advised the probation office that she was no longer able to stay at the residence she shared with her boyfriend. She additionally reported that she could not rely on family in the area to assist her.

Ms. Stephens requested permission to relocate to Jackson, Tennessee, to reside with a relative of her child's father. The U.S. Probation Office in Jackson, Tennessee, agreed to allow Ms. Stephens to relocate pending the completion of a pretransfer investigation.

Ms. Stephens has been instructed to secure employment and begin submitting monthly restitution payments as ordered by the Court. She will be instructed to return to the Middle District of Tennessee if the transfer request is denied.

### U.S. Probation Officer Recommendation:

It is recommended that Ms. Stephens be allowed to continue on supervision and secure a stable residence and employment. She has also been instructed to begin monthly restitution payments as soon as possible.

This case has been discussed with the U.S. Attorney's Office who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer